IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03337-NYW

DEREK MORTLAND,

    Plaintiff,

v.

JAROSZ FAMILY LTD. PARTNERSHIP,

    Defendant.

## ORDER OF DISMISSAL

Magistrate Judge Nina Y. Wang

This matter is before the court on the Parties' Stipulated Motion to Dismiss with Prejudice with Court's Retention of Jurisdiction to Enforce Settlement ("Stipulated Motion to Dismiss") [#32, filed February 4, 2016] pursuant to 28 U.S.C. § 636(c), the Order of Reference for all purposes dated August 19, 2015 [#26]. The court has reviewed the Parties' Stipulated Motion to Dismiss that represents that the Parties have reached a full and final settlement of this action. Accordingly, **IT IS ORDERED** that:

(1) Stipulated Motion to Dismiss with Prejudice with Court's Retention of Jurisdiction to Enforce Settlement ("Stipulated Motion to Dismiss") [#32] is **GRANTED**;

(2) This action (including all claims and/or counterclaims) is **DISMISSED WITH PREJUDICE**;

(3) The Court **RETAINS JURISDICTION** solely for the purposes of enforcing the Settlement Agreement, if necessary; and,

   (4)  Except as otherwise specifically agreed to by the Parties, each party shall pay their own fees and costs.

DATED: February 8, 2016       BY THE COURT:

                  s/ Nina Y. Wang
                  United States Magistrate Judge